CITY OF CENTRAL FALLS

v.

Lt. Paul LIBERATORE et al.

No. 81–169–M.P.

Supreme Court of Rhode Island.

July 30, 1981.

Robert H. Newman, City Sol., Central Falls, for petitioner.

Toro Law Associates, Inc., Eugene F. Toro, Providence, for respondents.

ORDER

The petition for writ of certiorari is denied.

WEISBERGER, J., did not participate.

Michael J. DiPOLLINO d/b/a Mike's

v.

Ronald J. MICELI et al.

No. 81–368–M.P.

Supreme Court of Rhode Island.

July 30, 1981.

John P. Toscano, Jr., Westerly, for petitioner.

Frank S. Cappuccio, Louis B. Cappuccio, Jr., Westerly, for respondents.

ORDER

The petition for writ of certiorari is denied.

WEISBERGER, J., did not participate.

Robert H. O'LOUGHLIN

v.

H. Kenneth HART d/b/a Rhode Island Elevator Maintenance Company, F. S. Payne Co. et al.

No. 81–246–M.P.

Supreme Court of Rhode Island.

July 30, 1981.

Thomas W. Kelly, Newport, for plaintiff-respondent.

Gunning, LaFazia & Gnys, Inc., Raymond A. LaFazia, Providence, for defendant-petitioner, Esco Elevators, Inc.

ORDER

The petition for writ of certiorari is denied.

WEISBERGER, J., did not participate.